**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

| | |
|---|---|
| HEATHER ZACHAR, Individually and on Behalf of All Others Similarly Situated, ) ) ) ) Plaintiff, ) ) vs. ) ) AMB LEGAL SERVICES, LLC, and AMY M. ) BATES, ) ) Defendant. ) | Case No.: 15-cv-1087 **NOTICE OF DISMISSAL WITH PREJUDICE** Hon. Nancy Joseph |

THE PLAINTIFF, Heather Zachar, by counsel, Ademi & O'Reilly LLP, hereby gives notice pursuant to Rule 41 of the Federal Rules of Civil Procedure that this action is dismissed with prejudice and without costs to either party. No class has been certified in this case, and therefore Rule 23(e) of the Federal Rules of Civil Procedure does not apply. Further, the Defendants, AMB Legal Services, LLC, and Amy M. Bates, has not served an answer or motion for summary judgment, and therefore, dismissal does not require a court order, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated this 12th day of December 2016.  By:  s/ Mark A. Eldridge
Mark A. Eldridge (SBN: 1089944)
ADEMI & O'REILLY, LLP
3620 East Layton Avenue
Cudahy, WI 53110
meldridge@ademilaw.com
tel (414) 482-8000
fax (414) 482-8001

1